IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELIX COLON,

      Plaintiff,                     No. CIV S-11-2407 GGH P

    vs.

R. MIRANDA, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff filed a motion for a temporary restraining order and the court ordered the Attorney General to file a response which was timely filed. Plaintiff seeks a motion for entry of default asserting that the Attorney General did not timely file a response. The motion is denied.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for entry of default (Doc. 15) is denied;

        2. Plaintiff's motion to proceed in forma pauperis (Doc. 16) is denied as moot.

DATED: November 15, 2011

                              /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH: AB
colo2407.ord