Case 2:11-cv-02407-GGH   Document 32   Filed 06/06/12   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELIX COLON,

     Plaintiff,                     No. 2:11-cv-2407 GGH P

     vs.

R. MIRANDA, et al.,

     Defendants.            <u>ORDER</u>

_____/

     Plaintiff is proceeding pro se and in forma pauperis with an action brought pursuant to 42 U.S.C. 1983. Several defendants filed a motion to dismiss on March 8, 2012.[1] Plaintiff was granted a 30 day extension to file an opposition on April 11, 2012, however that time has passed and plaintiff has not filed an opposition or otherwise communicated with the court. Plaintiff must file an opposition to the motions to dismiss (Docs. 26, 31) within 14 days of service of this order, or else it will be recommended that this action be dismissed.

\\\\
\\\\
\\\\
\\\\

---

[1] Another defendant was served on April 17, 2012, and also moved to dismiss this action on April 24, 2012, on the same grounds as the earlier filed motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff must file an opposition to the motions to dismiss (Docs. 26, 31) within 14 days of service of this order, or else it will be recommended that this action be dismissed.

DATED: June 5, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:AB
colo2407.ord