1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10  FELIX COLON,

11              Plaintiff,                    No. 2:11-cv-2407 GGH P

12        vs.

13  R. MIRANDA, et al.,                       <u>ORDER</u> &

14              Defendants.                   <u>FINDINGS AND RECOMMENDATIONS</u>

15  _____/

16          Plaintiff is proceeding pro se and in forma pauperis with an action brought

17  pursuant to 42 U.S.C. 1983.  Several defendants filed a motion to dismiss on March 8, 2012.[1]

18  Plaintiff was granted a 30 day extension to file an opposition on April 11, 2012, however that

19  time has passed and plaintiff has not filed an opposition or otherwise communicated with the

20  court.  On June 6, 2012, the undersigned ordered that plaintiff file an opposition to the motions to

21  dismiss within 14 days or else it would be recommended that this action be dismissed.  Plaintiff

22  has still not communicated with the court.

23          Local Rule 230(l) provides in part:  "Failure of the responding party to file written

24  opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

25  the granting of the motion . . . ."  On January 4, 2012, plaintiff was advised of the requirements

26

---

[1] Another defendant was served on April 17, 2012, and also moved to dismiss this action on April 24, 2012, on the same grounds as the earlier filed motion.

1  for filing an opposition to a motion to dismiss and that failure to oppose such a motion may be

2  deemed a waiver of opposition to the motion.

3         Accordingly, plaintiff's failure to oppose should be deemed a waiver of

4  opposition to the granting of the motions and in the alternative the undersigned finds that the

5  motions have merit.

6         Accordingly, IT IS HEREBY ORDERED that a district judge be assigned to this

7  case.

8         IT IS HEREBY RECOMMENDED that:

9         1.  Defendants' motions to dismiss (Docs. 26, 31) be granted; and

10         2.  This action be dismissed.

11         These findings and recommendations are submitted to the United States District

12  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

13  days after being served with these findings and recommendations, any party may file written

14  objections with the court and serve a copy on all parties.  Such a document should be captioned

15  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

16  shall be served and filed within fourteen days after service of the objections.  The parties are

17  advised that failure to file objections within the specified time may waive the right to appeal the

18  District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

19  DATED: July 9, 2012

20            /s/ Gregory G. Hollows
       UNITED STATES MAGISTRATE JUDGE

21

22  GGH:AB
colo2407.mtd

23

24

25

26